UNITED STATES of America,
Plaintiff–Appellee,

v.

David Henson McNAB, Robert D. Blandford, et al., Defendants–Appellants.

United States of America,
Plaintiff–Appellee,

v.

Abner Schoenwetter, Robert D. Blandford, Defendants–Appellants.

United States of America,
Plaintiff–Appellee,

v.

Jeffrey A. Wadsworth, Miguel A. Estrada, Gibson, Dunn & Crutcher, LLP, Washington, DC, Michael I. Rose, Martin Alan Feigenbaum, Miami, FL, Dennis B. Keene John M. Taturn, Hunter, Maclean, Exley & Dunn, P.C., Savannah, GA, J.P. Courtney, III, Patrick H. Sims, William W. Watts, Mobile, AL, Donald M. Briskman, Briskman & Binion, Victor Talmadge Hudson, II, Hudson & Watts, Mobile, AL, for Defendants–Appellants.

Todd Aagaard, Environmental Div., App. Section, Washington, DC, for U.S.

Tony S. Lee, John Anthony Smith, Martin, J. Gaynes, Robert Lewis Duston, Schmeltzer, Aptaker & Shepard, P.C., Washington, DC, for Amicus Curiae Embassy of Honduras.

Before HULL, WILSON and FAY, Circuit Judges.

ORDERED:

The petitions for rehearing are granted in part by deleting entirely footnote 24 from the Court's opinion which was issued on March 21, 2003. The Court will issue a substituted opinion making that deletion. The Court otherwise denies the petitions for rehearing of defendants' McNab, Schoenwetter, Huang, Blandford and Embassy of Honduras.

No member of this Court having requested a poll, we deny the suggestion for rehearing en banc. *See* Fed. R.App. P. 35(a); Eleventh Circuit Rule 35–5.

FAY, Circuit Judge, dissents.